# Court of Appeals
# of the State of Georgia

ATLANTA,  February 28, 2019

*The Court of Appeals hereby passes the following order:*

## A19A1402. ROOSEVELT LEE, JR. v. THE STATE.

In May 2011, Roosevelt Lee, Jr. pled guilty to aggravated assault, burglary and other crimes. On October 23, 2018, Lee filed a petition for a writ of mandamus seeking to compel the trial court to appoint a replacement judge to rule on his pending pro se motions, and seeking to compel the trial court clerk to "process" his September 10, 2018 "Extraordinary Notice of an Out-of-time Appeal" from the 2011 judgment of conviction on his guilty plea. On October 29, 2018, the trial court denied the petition and all of Lee's pending motions and ruled that his September 10 notice "presents nothing this Court can rule on." Nearly three months later, on January 18, 2019, Lee filed a "Notice of Out-of-time Appeal" that makes reference to his September 2018 motion, but it is not clear from this notice what ruling of the trial court he seeks to appeal.[1]

A notice of appeal must be filed within 30 days of the entry of an appealable judgment. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). There is no order in the record granting Lee an out-of-time appeal. And his January 18, 2019 "Notice of Out-of-time Appeal" is not timely to his 2011 judgment of conviction, the trial court's October 29, 2018 order, or to any other order in the record he has designated for transmittal to this Court.

---

[1] On August 29, 2018, this Court denied Lee's application for discretionary appeal from a trial court order entered on August 8, 2018. See Case No. A19D0053.

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  02/28/2019*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*